

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Tenet Hospitals Limited, a Texas Limited Partnership d/b/a Providence Memorial Hospital,<br><br>Appellant,<br>v.<br><br>Luz De La Rosa and Gilbert De La Rosa,<br><br>Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§ | No. 08-13-00290-CV<br><br>Appeal from the<br><br>168th District Court<br><br>of El Paso County, Texas<br><br>(TC# 2012-DCV-03529) |

## **O R D E R**

The Court DENIES the Appellant's Motion to Postpone the June 5, 2014 submission and oral argument setting.

Further, the Court on its own motion, and pursuant to Tex.R.App.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause.   Therefore, this case will be submitted **without** oral argument on June 5, 2014.

IT IS SO ORDERED this 23rd day of April, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.